Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Defendant Thomas W. Weisel*

(*See Signature Page for Additional Parties and Counsel*)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB STUTZMAN, JONATHAN WHEELER, GLORIA LAURIA, DAVID REIMERS and SCOTT ARMSTRONG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LANCE ARMSTRONG; PENGUIN GROUP (USA), INC.; G.P. PUTNAM'S SONS; THE BERKLEY PUBLISHING GROUP; RANDOM HOUSE, INC.; BROADWAY BOOKS; CROWN PUBLISHING GROUP; THOMAS W. WEISEL; WILLIAM J. STAPLETON; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:13-cv-00116-MCE-KJN<br><br>*Assigned for all purposes to the Honorable Morrison C. England Jr.*<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS THOMAS W. WEISEL'S AND WILLIAM J. STAPLETON'S RESPONSES TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |

Plaintiffs Rob Stutzman, Jonathan Wheeler, Gloria Lauria, David Reimers and Scott Armstrong (collectively, "Plaintiffs"); and Defendant Thomas W. Weisel ("Weisel") and Defendant William J. Stapleton ("Stapleton"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 7, 2013, Plaintiffs filed an 85-page First Amended Class Action Complaint (the "Complaint") adding, *inter alia*, two new defendants (Weisel and Stapleton); and

WHEREAS, the Complaint asserts California common law claims for fraud and deceit and negligent misrepresentation, as well as California statutory claims pursuant to the Consumers Legal Remedies Act ("CLRA") (Cal. Civ. Code § 1750 *et seq.*), the Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*), and the False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and

WHEREAS, Defendants Weisel and Stapleton executed Waivers of Service of Summons for Complaint on March 27, 2013 and April 1, 2013, respectively; and

WHEREAS, Defendants Weisel and Stapleton each intend to file a motion to dismiss pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and a special motion to strike pursuant to Section 425.16 *et seq.* of the California Code of Civil Procedure (the "Subject Motions"); and

WHEREAS, on March 28, 2013, the Court ordered a briefing schedule for motions to dismiss and special motions to strike filed by Defendants Armstrong; Penguin Group (USA), Inc.; G.P. Putnam's Sons; The Berkley Publishing Group; Random House, Inc.; Broadway Books; and Crown Publishing Group (the "Co-Defendants' Motions"); and

WHEREAS, the Co-Defendants' Motions are currently set for hearing on July 25, 2013; and

WHEREAS, Plaintiffs, Weisel and Stapleton have met and conferred regarding an appropriate briefing schedule with respect to the Subject Motions, and all agree that for purposes of judicial economy the schedule should be coordinated with the existing briefing schedule on the Co-Defendants' Motion and set for hearing on the same date (subject to Court approval); and

WHEREAS, pursuant to Rule 144(a) of the Local Rules of the United States District Court for the Eastern District of California, Plaintiffs and Defendants Weisel and Stapleton having appeared herein respectfully request that the Court approve such parties' briefing schedule for the Subject Motions; and

WHEREAS, this stipulation is the first extension requested by Plaintiffs, Weisel and Stapleton relating to Weisel's and Stapleton's responses to the Complaint, is made in good faith, is not made for the purpose of delay and will not prejudice any party;

IT IS HEREBY STIPULATED AND AGREED THAT:

1. Defendants Weisel and Stapleton shall file the Subject Motions, and papers in support thereof, on or before **June 3, 2013**;
2. Plaintiffs shall file their briefs and other papers in opposition to the Subject Motions on or before **June 28, 2013**; and
3. Defendants Weisel and Stapleton shall file their reply briefs and other papers in further support of the Subject Motions on or before **July 12, 2013**.
4. The hearing on the Subject Motions should be set for **July 25, 2013**.

Dated:  May 21, 2013                         Respectfully submitted,

/s/ Kevin P. Roddy
Kevin P. Roddy (SBN 128283)
WILENTZ, GOLDMAN & SPITZER, P.A.

Tracey Buck-Walsh (SBN 131254)
LAW OFFICE OF TRACEY BUCK-WALSH

C. Tab Turner (admitted *pro hac vice*)
TURNER & ASSOCIATES

Henry H. Rossbacher (SBN 060260)
THE ROSSBACHER FIRM

*Attorneys for Plaintiffs*

SULLIVAN & CROMWELL LLP

-3-

| | | |
|---|---|---|
| 1 | Dated:  May 21, 2013 | /s/ Robert A. Sacks |

Robert A. Sacks (SBN 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

*Attorneys for Defendant Thomas W. Weisel*

Dated:  May 21, 2013            /s/ Marc S. Harris

Marc S. Harris (SBN 136647)
William H. Forman (SBN 150477)
SCHEPER KIM & HARRIS LLP
One Bunker Hill
601 West Fifth Street,
12th Floor
Los Angeles, CA 90071

*Attorneys for Defendant William J. Stapleton*

# ORDER

On the Court's own motion, the hearing on Defendants' Motions to Strike (ECF Nos. 36, 42, 47) and Defendants' Motion to Dismiss (ECF NO. 37, 41, 46) are currently scheduled for July 25, 2013, are vacated and rescheduled for August 8, 2013, at 2:00 p.m. in Courtroom 7.

Accordingly, the Court orders the following briefing schedule as to Defendants Weisel and Stapleton:

1. Defendants Weisel and Stapleton shall file the Subject Motions, and papers in support thereof, on or before July 18, 2013;
2. Plaintiffs shall file their briefs and other papers in opposition to the Subject Motions on or before July 25, 2013; and
3. Defendants Weisel and Stapleton shall file their reply briefs and other papers in further support of the Subject Motions on or before August 1, 2013.

The hearing on the Subject Motions (ECF Nos. 53, 55, 56, 57) shall be set for August 8, 2013, at 2:00 in Courtroom 7, to be heard with Defendants' additional motions (ECF Nos. 36, 37, 41, 42, 46, 47.)

IT IS SO ORDERED.

DATED:  June 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT