**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
WILLIAM H. FORMAN (State Bar No. 150477)
wforman@scheperkim.com
MARGARET E. DAYTON (State Bar No. 274353)
pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendant
William J. Stapleton**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB STUTZMAN, JONATHAN WHEELER, GLORIA LAURIA, DAVID REIMERS and SCOTT ARMSTRONG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LANCE ARMSTRONG; PENGUIN GROUP (USA), INC.; G.P. PUTNAM'S SONS; THE BERKLEY PUBLISHING GROUP; RANDOM HOUSE, INC.; BROADWAY BOOKS; CROWN PUBLISHING GROUP; THOMAS W. WEISEL; WILLIAM J. STAPLETON; and DOES 1-50, inclusive.<br><br>Defendants. | CASE NO. 2:13-cv-00116-MCE-KJN<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANTS LANCE ARMSTRONG, PENGUIN GROUP AND RANDOM HOUSE**<br><br>Date:         August 1, 2013<br>Time:        10:00 A.M.<br>Courtroom.:   25<br><br>Trial Date:       None Set |

2:13-cv-00116-MCE-KJN
ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANTS LANCE ARMSTRONG, PENGUIN GROUP AND RANDOM HOUSE

Marc S. Harris, counsel for Defendant William J. Stapleton, has requested to appear telephonically for the hearing on Plaintiffs' Motion To Compel Discovery From Defendants Lance Armstrong, Penguin Group And Random House set for hearing on August 1, 2013, at 10:00 a.m., in Courtroom 25 before Magistrate Judge Honorable Kendall J. Newman.

Having taken this request under consideration,

**IT IS HEREBY ORDERED** that Marc S. Harris' request to appear telephonically is **GRANTED**. Counsel shall contact the undersigned's courtroom deputy and provide a landline number at which he can be reached at the time of the hearing.

**Dated:  July 29, 2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE