HENRY H. ROSSBACHER (SBN 060260)
811 Wilshire Boulevard, Suite 1650
Los Angeles, California 90017
Telephone:  (213) 895-6500
E-mail:  h.rossbacher@law.com

**Attorneys for Plaintiff Scott Armstrong**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROB STUTZMAN, JONATHAN WHEELER, GLORIA LAURIA, DAVID REIMERS and SCOTT ARMSTRONG, on behalf of themselves and all others similarly situated,<br>                    Plaintiffs<br><br>vs.<br><br>LANCE ARMSTRONG, PENGUIN GROUP (USA), INC.; G.P. PUTNAM'S SONS; THE BERKLEY PUBLISHING GROUP; RANDOM HOUSE, INC.; BROADWAY BOOKS, CROWN PUBLISHING GROUP; and DOES 1-50, inclusive,<br>                    Defendants | Case No. 2:13-CV-00116-MCE-KJN<br><br>**ORDER RE REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANTS LANCE ARMSTRONG, PENGUIN GROUP AND RANDOM HOUSE**<br><br>Date:  August 1, 2013<br>Time:  10:00 a.m.<br>Ctrm:  25 |

Henry H. Rossbacher, counsel for Plaintiff Scott Armstrong, has requested permission to appear telephonically for the hearing on Plaintiffs' Motion To Compel Discovery From Defendants Lance Armstrong, Penguin Group And Random House currently set for hearing on August 1, 2013, at 10:00 a.m., in Courtroom 25 before the Honorable Kendall J. Newman.

Having taken this under consideration,

IT IS HEREBY ORDERED that Henry H. Rossbacher's request to appear telephonically is **GRANTED**.

Dated: July 31, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE