1  Kent J. Schmidt (SBN 195969)
   schmidt.kent@dorsey.com
2  DORSEY & WHITNEY LLP
   600 Anton Boulevard, Ste. 2000
3  Costa Mesa, CA 92626
   Telephone: (714) 800-1445
4  Facsimile: (714) 800-1499

5  Jonathan M. Herman (admitted *pro hac vice*)
   herman.jonathan@dorsey.com
6  DORSEY & WHITNEY LLP
   51 West 52nd Street
7  New York, NY 10019-6119
   Telephone: (212) 415-9247
8  Facsimile: (646) 607-0943

9  F. Matthew Ralph (admitted *pro hac vice*)
   ralph.matthew@dorsey.com
10 DORSEY & WHITNEY LLP
   50 S. Sixth Street, Suite 1500
11 Minneapolis, MN 55402
   Telephone: (612) 492-6964
12 Facsimile: (952) 516-5574

13 Attorneys for Defendants Penguin Group (USA) Inc.,
   G.P. Putnam's Sons, and The Berkley Publishing Group
14
   (*See Signature Page for Additional Parties and Counsel*)
15

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB STUTZMAN, JONATHAN WHEELER, GLORIA LAURIA, DAVID REIMERS and SCOTT ARMSTRONG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LANCE ARMSTRONG; PENGUIN GROUP (USA), INC.; G.P. PUTNAM'S SONS; THE BERKLEY PUBLISHING GROUP; RANDOM HOUSE, INC.; BROADWAY BOOKS; CROWN PUBLISHING GROUP; THOMAS W. WEISEL; WILLIAM J. STAPLETON; and DOES 1-50, inclusive,<br><br>Defendants. | CASE No. 2:13-cv-00116-MCE-KJN<br><br>*Assigned for all purposes to the Honorable Morrison C. England, Jr.*<br><br>**JOINT STIPULATION AND ORDER RE CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |

**JOINT STIPULATION**

Plaintiffs Rob Stutzman, Jonathan Wheeler, Gloria Lauria, David Reimers and Scott Armstrong (collectively, "Plaintiffs"); Defendants Penguin Group (USA) Inc. ("Penguin"), also sued as G.P. Putnam's Sons and The Berkley Publishing Group; Random House, Inc. ("Random House"), also sued as Broadway Books and Crown Publishing Group; Lance Armstrong; Thomas W. Weisel; and William J. Stapleton (collectively, "Defendants") (all collectively referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 7, 2013, Plaintiffs filed a First Amended Class Action Complaint (the "Complaint"), which is the operative pleading in this action;

WHEREAS, in response to Plaintiffs' Complaint, each party Defendant has filed a Motion to Dismiss ("Defendants' Motions to Dismiss") (ECF Nos. 37, 41, 46, 53 and 56), all of which have been fully briefed and are pending before the Court;

WHEREAS, on June 6, 2013, the Court entered a Stipulation and Order rescheduling the hearing on Defendants' Motions to Dismiss to August 8, 2013 (ECF No. 58);

WHEREAS, on August 6, 2013, on the Court's own motion, the hearing on Defendants' Motions to Dismiss was vacated and continued to September 5, 2013, at 2:00 p.m. in Courtroom 7 (ECF No. 100);

WHEREAS, one or more of the attorneys on this case observes the Jewish New Year, Rosh Hashanah, which begins September 4 and ends September 6, 2013;

WHEREAS, the Parties were informed on August 6, 2013, by Stephanie Deutsch, Courtroom Deputy to Chief Judge England, that available alternative dates on Chief Judge England's calendar are October 3 and 31, November 14, and December 5 and 19; and

WHEREAS, the Parties have conferred and agree that the first date among those mentioned by Ms. Deutsch on which all counsel for the Parties are available for the hearing on Defendants' Motions to Dismiss is December 5, 2013, and they are all in agreement to seek an adjournment of the hearing on Defendants' Motions to Dismiss to that date.

IT IS HEREBY STIPULATED AND AGREED THAT:

The hearing on Defendants' Motions to Dismiss should be vacated and continued from September 5, 2013 to December 5, 2013.

DATED: August 22, 2013         By: /s/ Kevin P. Roddy
                                   Kevin P. Roddy
                                   Eric J. Marcy
                                   WILENTZ, GOLDMAN & SPITZER, P.A.

                                   Tracey Stevens Buck-Walsh
                                   LAW OFFICE OF TRACEY BUCK-WALSH

                                   Clyde Talbot Turner
                                   TURNER & ASSOCIATES P.A.

                                   Henry H. Rossbacher
                                   THE ROSSBACHER FIRM

                                   Attorneys for Plaintiffs
                                   ROB STUTZMAN, JONATHAN WHEELER,
                                   GLORIA LAURIA, DAVID REIMERS and SCOTT
                                   ARMSTRONG

DATED: August 22, 2013         KATTEN MUCHIN ROSENMAN LLP


                               By: /s/ Zia F. Modabber
                                   Zia F Modabber
                                   Gregory S. Korman
                                   Andrew J. Demko
                                   Attorneys for Defendant
                                   LANCE ARMSTRONG

DATED: August 22, 2013         DORSEY & WHITNEY LLP


                               By: /s/ Kent J. Schmidt
                                   Kent J. Schmidt
                                   Jonathan M. Herman
                                   F. Matthew Ralph
                                   Attorneys for Defendants
                                   PENGUIN GROUP (USA) INC., G.P. PUTNAM'S
                                   SONS and THE BERKLEY PUBLISHING GROUP

| | | |
|---|---|---|
| 1 | DATED: August 22, 2013 | SIDLEY AUSTIN LLP |
| 2 | | |
| 3 | | By: */s/ Stephen G. Contopulos* |
| | | Stephen G. Contopulos |
| 4 | | Bradley H. Ellis |
| | | Attorneys for Defendants |
| 5 | | RANDOM HOUSE, INC., BROADWAY BOOKS and CROWN PUBLISHING GROUP |

DATED: August 22, 2013    SULLIVAN & CROMWELL LLP

By:  */s/ Robert A. Sacks*
     Robert A. Sacks
     Brendan P. Cullen
     John D. Echeverria
     Attorneys for Defendant
     THOMAS W. WEISEL

DATED: August 22, 2013    SCHEPER KIM & HARRIS LLP

By:  */s/ Marc S. Harris*
     Marc S. Harris
     William H. Forman
     Margaret E. Dayton
     Attorneys for Defendant
     WILLIAM J. STAPLETON

# ORDER

Pursuant to the parties' stipulation and good cause appearing therefrom, the Court hereby orders that the hearings on Defendants' Motions to Dismiss (ECF Nos. 37, 41, 46, 53, and 56), currently scheduled for September 5, 2013, are vacated and **continued to December 5, 2013 at 2:00 p.m., in Courtroom 7.**

**IT IS SO ORDERED.**

**Dated:  August 30, 2013**

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT