KEVIN P. RODDY (SBN 128283)
ERIC J. MARCY (admitted *pro hac vice*)
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Email: kroddy@wilentz.com

TRACEY BUCK-WALSH (SBN 131254)
LAW OFFICE OF TRACEY BUCK-WALSH
6 Reyes Court
Sacramento, CA 95831
Telephone: (916) 392-8990
Email: tracey@tbwlaw.com

**Attorneys for Plaintiffs**
**[Additional Counsel Listed in Signature Page]**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB STUTZMAN, JONATHAN WHEELER, GLORIA LAURIA, DAVID REIMERS and SCOTT ARMSTRONG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LANCE ARMSTRONG; PENGUIN GROUP (USA), INC.; G.P. PUTNAM'S SONS; THE BERKLEY PUBLISHING GROUP; RANDOM HOUSE, INC.; BROADWAY BOOKS; CROWN PUBLISHING GROUP; THOMAS W. WEISEL; WILLIAM J. STAPLETON; and DOES 1-50, inclusive,<br><br>Defendants. | CASE No. 2:13-cv-00116-MCE-KJN<br><br>*Assigned for all purposes to the Honorable Morrison C. England, Jr.*<br><br>**RULE 41(a)(1) NOTICE OF DISMISSAL WITH PREJUDICE** |

1  NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Rob
2  Stutzman, Jonathan Wheeler, Gloria Lauria, David Reimers, and Scott Armstrong each dismisses with
3  prejudice all of his or her respective claims in this action as to all Defendants.

Respectfully submitted,

Dated: 10/18/13

WILENTZ, GOLDMAN & SPITZER, P.A.

By: /s/ KPR
KEVIN P. RODDY (SBN 128283)
ERIC J. MARCY (admitted *pro hac vice*)
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Email: kroddy@wilentz.com
       emarcy@wilentz.com

TRACEY BUCK-WALSH (SBN 131254)
LAW OFFICE OF TRACEY BUCK-WALSH
6 Reyes Court
Sacramento, CA 95831
Telephone: (916) 392-8990
Email: tracey@tbwlaw.com

C. TAB TURNER (admitted *pro hac vice*)
TURNER & ASSOCIATES, P.A.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277
Email: tab@tturner.com

HENRY H. ROSSBACHER (SBN 060260)
THE ROSSBACHER FIRM
811 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017-2666
Telephone: (213) 895-6500
Email: h.rossbacher@rossbacherlaw.com

# CERTIFICATE OF SERVICE

I, Kevin P. Roddy, hereby certify and declare as follows:

I am over the age of 18 years and not a party to the within action. My business address is 90 Woodbridge Center Drive, Box 10, Woodbridge, NJ 07095. On October 18, 2013, I caused service of the following document(s) on counsel for all parties to this action by electronically filing the document(s) with the Clerk of the District Court using its ECF System which electronically notifies them. The document(s) served include:

**RULE 41(a)(1) NOTICE OF DISMISSAL WITH PREJUDICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of October, in Woodbridge, NJ.



KEVIN P. RODDY